# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
                Appellant,

vs.

JOSEPH R. CHRONISTER; CITY OF
NORTH LAS VEGAS; ROGER M.
CRAM; JAMES R. SWEETIN; THE
STATE OF NEVADA; AND ERIC
JERGENSON,
                Respondents.

No. 72381

**FILED**

MAR 1 3 2017



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's complaint against respondent City of North Las Vegas. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). The following claims and parties appear to remain below: appellant's claims against respondents Joseph R.

17-08341

Chronister, Roger Cram, Eric Jergenson, and the State of Nevada. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. James Crockett, District Judge
Abdul Howard
North Las Vegas City Attorney
Clark County District Attorney
Eighth District Court Clerk